**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ADRIENNE SEAY,**

     Plaintiff,

v.                                                                                          CIV-26-00246

**BERNALILLO COUNTY SHERIFF'S
OFFICE, NEW MEXICO STATE POLICE**,

     Defendants.

**ENTRY OF APPEARANCE**

Robles, Rael & Anaya, P.C. (Luis Robles) hereby enters its appearance on behalf of

Defendant, New Mexico State Police, in the above-styled and numbered cause of action.

     Respectfully submitted,

     **ROBLES, RAEL & ANAYA, P.C.**

     By:    /s/ Luis Robles
           Luis Robles
           Attorney for State Defendant
           500 Marquette Ave., NW, Suite 700
           Albuquerque, New Mexico 87102
           (505) 242-2228
           (505) 242-1106 (facsimile)
           luis@roblesrael.com

I hereby certify that on this 3<u>rd</u> day of February 2026, the foregoing was served via the CM/ECF system and served via electronic mail as follows:

A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
Western Agriculture, Resource and
Business Advocates, LLP
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

*Attorneys for Plaintiff*

 /s/ Luis Robles
Luis Robles

2