# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ADRIENNE SEAY,**

    Plaintiff,

v.                                                    CIV-26-00246 KRS/SCY

**BERNALILLO COUNTY SHERIFF'S
OFFICE, NEW MEXICO STATE POLICE**,

    Defendants.

## STATE DEFENDANT'S ANSWER TO COMPLAINT FOR DAMAGES

Defendant, New Mexico State Police ("NMSP"), through its attorneys Robles, Rael & Anaya, P.C. (Luis Robles and Heath Skroch), states the following for its Answer to Plaintiff's Complaint for Damages ("Plaintiff's Complaint"):

### ANSWER TO JURISDICTION AND VENUE

1. NMSP denies the allegations made in paragraph 1 of Plaintiff's Complaint for Damages ("Complaint").

2. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 2 of Plaintiff's Complaint and, therefore, denies these allegations.

3. NMSP admits that NMSP and the Bernalillo County Sheriff's Office are law-enforcement agencies. NMSP denies all other allegations made in paragraph 3 of Plaintiff's Complaint.

4. NMSP denies the allegations made in paragraph 4 of Plaintiff's Complaint.

**ANSWER TO PARTIES**

5. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 5 of Plaintiff's Complaint and, therefore, denies these allegations.

6. NMSP admits the allegations made in paragraph 6 of Plaintiff's Complaint.

7. NMSP admits the allegations made in paragraph 7 of Plaintiff's Complaint.

**ANSWER TO BACKGROUND FACTS/GENERAL A VERMENTS**

8. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 8 of Plaintiff's Complaint and, therefore, denies these allegations.

9. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 9 of Plaintiff's Complaint and, therefore, denies these allegations.

10. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 10 of Plaintiff's Complaint and, therefore, denies these allegations.

11. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 11 of Plaintiff's Complaint and, therefore, denies these allegations.

12. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 12 of Plaintiff's Complaint and, therefore, denies these allegations.

13. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 13 of Plaintiff's Complaint and, therefore, denies these allegations.

14. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 14 of Plaintiff's Complaint and, therefore, denies these allegations.

15. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 15 of Plaintiff's Complaint and, therefore, denies these allegations.

16. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 16 of Plaintiff's Complaint and, therefore, denies these allegations.

17. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 17 of Plaintiff's Complaint and, therefore, denies these allegations.

18. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 18 of Plaintiff's Complaint and, therefore, denies these allegations.

19. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 19 of Plaintiff's Complaint and, therefore, denies these allegations.

20. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 20 of Plaintiff's Complaint and, therefore, denies these allegations.

21. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 21 of Plaintiff's Complaint and, therefore, denies these allegations.

22. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 22 of Plaintiff's Complaint and, therefore, denies these allegations.

23. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 23 of Plaintiff's Complaint and, therefore, denies these allegations.

24. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 24 of Plaintiff's Complaint and, therefore, denies these allegations.

25. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 25 of Plaintiff's Complaint and, therefore, denies these allegations.

26. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 26 of Plaintiff's Complaint and, therefore, denies these allegations.

27. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 27 of Plaintiff's Complaint and, therefore, denies these allegations.

28. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 28 of Plaintiff's Complaint and, therefore, denies these allegations.

29. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 29 of Plaintiff's Complaint and, therefore, denies these allegations.

30. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 30 of Plaintiff's Complaint and, therefore, denies these allegations.

31. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 31 of Plaintiff's Complaint and, therefore, denies these allegations.

32. NMSP admits that in its Decision and Order, attached to Plaintiff's Complaint as Exhibit 1, the State of New Mexico Administrative Hearing Officer stated that "Evidence presented... was insufficient to establish that law enforcement had reasonable grounds to believe that the driver was driving while under the influence of intoxicating liquor or drugs." NMSP is without

knowledge nor information sufficient to form a belief as to the truth of the remaining allegations made in paragraph 32 of Plaintiff's Complaint and, therefore, denies these allegations.

33. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 33 of Plaintiff's Complaint and, therefore, denies these allegations.

34. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 34 of Plaintiff's Complaint and, therefore, denies these allegations.

35. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 35 of Plaintiff's Complaint and, therefore, denies these allegations.

36. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 36 of Plaintiff's Complaint and, therefore, denies these allegations.

37. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 37 of Plaintiff's Complaint and, therefore, denies these allegations.

38. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 38 of Plaintiff's Complaint and, therefore, denies these allegations.

39. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 39 of Plaintiff's Complaint and, therefore, denies these allegations.

40. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 40 of Plaintiff's Complaint and, therefore, denies these allegations.

41. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 41 of Plaintiff's Complaint and, therefore, denies these allegations.

42. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 42 of Plaintiff's Complaint and, therefore, denies these allegations.

43. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 43 of Plaintiff's Complaint and, therefore, denies these allegations.

44. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 44 of Plaintiff's Complaint and, therefore, denies these allegations.

45. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 45 of Plaintiff's Complaint and, therefore, denies these allegations.

46. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 46 of Plaintiff's Complaint and, therefore, denies these allegations.

47.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 47 of Plaintiff's Complaint and, therefore, denies these allegations.

**ANSWER TO COUNT I: ALLEGED VIOLATION OF THE NEW MEXICO WHISTLEBLOWER PROTECTION ACT (As to BCSO)**

48.     NMSP reasserts and reincorporates by reference all its foregoing responses as though fully set forth herein.

49.     NMSP admits the allegations made in paragraph 49 of Plaintiff's Complaint.

50.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 50 of Plaintiff's Complaint and, therefore, denies these allegations.

51.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 51 and subparagraphs a-d of Plaintiff's Complaint and, therefore, denies these allegations.

52.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 52 of Plaintiff's Complaint and, therefore, denies these allegations.

53.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 53 of Plaintiff's Complaint and, therefore, denies these

allegations.

54. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 54 of Plaintiff's Complaint and, therefore, denies these allegations.

55. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 55 subparagraphs a-f of Plaintiff's Complaint and, therefore, denies these allegations.

56. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 56 of Plaintiff's Complaint and, therefore, denies these allegations.

57. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 57 of Plaintiff's Complaint and, therefore, denies these allegations.

58. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 58 of Plaintiff's Complaint and, therefore, denies these allegations.

59. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 59 of Plaintiff's Complaint and, therefore, denies these allegations.

60. State Defendant is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 60 of Plaintiff's Complaint and, therefore, denies

these allegations.

## ANSWER TO COUNT II: ALLEGED RETALIATION AND INTERFERENCE WITH PROTECTED UNION ACTIVITY (As to BCSO)

61.     NMSP reasserts and reincorporates by reference all its foregoing responses as though fully set forth herein.

62.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 62 of Plaintiff's Complaint and, therefore, denies these allegations.

63.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 63 of Plaintiff's Complaint and, therefore, denies these allegations.

64.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 64 of Plaintiff's Complaint and, therefore, denies these allegations.

65.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 65 of Plaintiff's Complaint and, therefore, denies these allegations.

66.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 66 subparagraphs a-d of Plaintiff's Complaint and, therefore, denies these allegations.

67.     NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 67 of Plaintiff's Complaint and, therefore, denies these allegations.

68.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 68 of Plaintiff's Complaint and, therefore, denies these allegations.

69.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 69 of Plaintiff's Complaint and, therefore, denies these allegations.

70.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 70 of Plaintiff's Complaint and, therefore, denies these allegations.

71.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 71 subparagraphs a-e of Plaintiff's Complaint and, therefore, denies these allegations.

72.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 72 of Plaintiff's Complaint and, therefore, denies these allegations.

73.     NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 73 of Plaintiff's Complaint and, therefore, denies these allegations.

74.     NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 74 of Plaintiff's Complaint and, therefore, denies these allegations.

75. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 75 of Plaintiff's Complaint and, therefore, denies these allegations.

76. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 76 of Plaintiff's Complaint and, therefore, denies these allegations.

**ANSWER TO COUNT III: ALLEGED CONSTRUCTIVE DISCHARGE (As to BCSO)**

77. NMSP reasserts and reincorporates by reference all its foregoing responses as though fully set forth herein.

78. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph78 of Plaintiff's Complaint and, therefore, denies these allegations.

79. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 79 of Plaintiff's Complaint and, therefore, denies these allegations.

80. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 80 subparagraphs a-f of Plaintiff's Complaint and, therefore, denies these allegations.

81. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 81 of Plaintiff's Complaint and, therefore, denies these allegations.

82. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 82 of Plaintiff's Complaint and, therefore, denies these allegations.

83. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 83 of Plaintiff's Complaint and, therefore, denies these allegations.

84. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 84 of Plaintiff's Complaint and, therefore, denies these allegations.

85. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 85 of Plaintiff's Complaint and, therefore, denies these allegations.

86. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 86 of Plaintiff's Complaint and, therefore, denies these allegations.

87. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 87 of Plaintiff's Complaint and, therefore, denies these allegations.

88. NMSP is without knowledge nor information sufficient to form a belief as to the truth

of the allegations made in paragraph 88 of Plaintiff's Complaint and, therefore, denies these allegations.

89. NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 89 of Plaintiff's Complaint and, therefore, denies these allegations.

**ANSWER TO COUNT IV:**
**ALLEGED NEGLIGENT INVESTIGATION AND LAW ENFORCEMENT**
**MISCONDUCT (New Mexico Tort Claims Act- NMSA 1978, § 41-4-12) (As to NMSP)**

90. NMSP reasserts and reincorporates by reference all its foregoing responses as though fully set forth herein.

91. NMSP admits that its officers are "law enforcement officers" within the meaning the meaning of NMSA 1978, Section 41-4-3(D)." NMSP is without knowledge nor information sufficient to form a belief as to the truth of the allegations made in paragraph 91 of Plaintiff's Complaint and, therefore, denies these allegations.

92. NMSP denies the allegations made in paragraph 92 of Plaintiff's Complaint.

93. NMSP denies the allegations made in paragraph 93 of Plaintiff's Complaint.

94. NMSP denies the allegations made in paragraph 94 of Plaintiff's Complaint.

95. NMSP denies the allegations made in paragraph 95 of Plaintiff's Complaint.

96. NMSP denies the allegations made in paragraph 96 of Plaintiff's Complaint.

97. NMSP denies the allegations made in paragraph 97 of Plaintiff's Complaint.

98. NMSP denies the allegations made in paragraph 98 of Plaintiff's Complaint.

99. NMSP denies the allegations made in paragraph 99 of Plaintiff's Complaint.

**ANSWER TO COUNT V - ALLEGED VIOLATION OF CIVIL RIGHTS
UNDER THE TCA AND CRA
(As to NMSP)**

100. NMSP reasserts and reincorporates by reference all its foregoing responses as though fully set forth herein.

101. NMSP denies the allegations made in paragraph 101 of Plaintiff's Complaint.

102. NMSP admits the allegations made in paragraph 102 of Plaintiff's Complaint.

103. NMSP denies the allegations made in paragraph 103 of Plaintiff's Complaint.

104. NMSP admits the allegations made in paragraph 104 of Plaintiff's Complaint.

105. NMSP admits the allegations made in paragraph 105 of Plaintiff's Complaint.

106. NMSP denies the allegations made in paragraph 106 of Plaintiff's Complaint.

**ANSWER TO PRAYER FOR RELIEF**

Plaintiff's prayer for relief does not contain any factual allegations. As such no response is needed. To the extent a response is deemed necessary, NMSP denies.

**GENERAL DENIAL**

NMSP hereby denies each and every allegation not specifically admitted in this Answer.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

One or more of Plaintiff's claims are barred for failure to present notice of their claims.

**Second Affirmative Defense**

Plaintiff alleged a number of causes of action which fail to state a claim for which relief can be granted.

### Third Affirmative Defense

Plaintiff's injuries, if any, were proximately caused by an independent intervening cause for which NMSP is not liable.

### Fourth Affirmative Defense

The sole and proximate cause of any damages to the Plaintiff, if any exist, were Plaintiff's intentional and/or negligent acts, and the Plaintiff's damages, if any, must be reduced proportionately.

### Fifth Affirmative Defense

NMSP asserts the protections of the New Mexico Tort Claims Act and New Mexico Civil Rights Act.

### Sixth Affirmative Defense

NMSP reserve the right to raise such further and additional defenses or counterclaims as may be available upon facts to be developed in discovery and/or applicable substantive law and to amend this answer.

### JURY DEMAND

NMSP demands a trial by jury for all claims which may be tried by a jury.

**WHEREFORE,** Defendant, NMSP, respectfully requests that this Court dismiss Plaintiff's Complaint, award NMSP its attorney's fees and costs, and for all other relief this Court deems just and proper.

16

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:  /s/ Heath Skroch
Heath Skroch
Luis Robles
Attorneys for NMSP
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
heath@roblesrael.com

I hereby certify that on this 10th day of
February 2026, the foregoing was
electronically filed and served
via the CM/ECF system which will
cause service to the following:

A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
Western Agriculture, Resource and
Business Advocates, LLP
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

*Attorneys for Plaintiff*

 /s/ Heath Skroch
Heath Skroch